## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-23898-FAM

AMIN LAKHANI,

    Plaintiff,

v.

7450 OCEAN TERRACE LLC d/b/a TAQUIZA,

    Defendant.

_____/

### DEFENDANT'S NOTICE OF SETTLEMENT IN PRINCIPLE

Defendant, **7450 OCEAN TERRACE LLC d/b/a/ TAQUIZA** (collectively, "**Defendant**"), notifies the Court that the Parties have settled this matter, and are in the process of finalizing a settlement agreement. The Parties request that the Court allow them thirty days to submit their Joint Stipulation of Dismissal with Prejudice.

    Respectfully submitted,

**SHUTTS & BOWEN LLP**
Attorneys for Defendant
200 S. Biscayne Boulevard
Suite 4100
Miami, Florida 33131
(305) 347-7337
(305) 347-7837 (Facsimile)
rllorens@shutts.com
abitran@shutts.com

By: *s/ Rene Gonzalez-LLorens*
    Rene Gonzalez-LLorens
    Florida Bar No. 53790
    A. Deedee Bitran
    Florida Bar No. 123493

-2-

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 4TH of December, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF which sent notice to:

Glenn R. Goldstein, Esq.
Glenn R. Goldstein & Associates, PLLC
8101 Biscayne Blvd., Ste. 504
Miami, FL 33138
Telephone: (305) 900-2373
Facsimile: (305) 670-6666
E-mail: GGoldstein@G2Legal.net
Attorney for Plaintiff

                                                           *s/ Rene Gonzalez-LLorens*
                                                           Rene Gonzalez-LLorens

MIADOCS 27262847 1